THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 South Carolina
 Department of Social Services, Respondent,
 
 
 
 
 

v.

 
 
 
 
 M.C. and
 E.C.C., Jr., Defendants,
 
 Of whom M.C. is
 the Appellant,
 
 
 
 

v.

 
 
 
 
 and E.C.C., Jr.
 is the Respondent.
 
 
 In the
 interest of three minors under the age of 18.
 
 
 

Appeal From Oconee County
Timothy M. Cain, Family Court Judge

Unpublished Opinion No. 2011-UP-247   
Submitted May 1, 2011  Filed May 24, 2011 

AFFIRMED

 
 
 
 Keith G. Denny and Bradley A. Norton, both of Walhalla, for
 Appellant.
 Amy E. Shelley, of Greenville, for Respondent E.C.C., Jr.
 Kimberly Renae Welchel, of Walhalla, for Respondent South Carolina
 Department of Social Services.
 John Frederic Prescott, Jr., of Walhalla, for Guardian ad Litem.
 
 
 

PER CURIAM: M.C. appeals
 from the family court's final order terminating her parental rights to her
 minor child.  See S.C.
 Code Ann. § 63-7-2570 (2010).  Upon a thorough review of the record and the
 family court's findings of fact and conclusions of law pursuant to Ex Parte
 Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues
 warrant briefing.  Accordingly, we affirm the family court's ruling. 
AFFIRMED.[1]
WILLIAMS and
 KONDUROS, JJ., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.